# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE TEXCAZ TRANSBORDER INSURANCE INTERMEDIARIES, INC. D/B/A TEXCAZ INSURANCE SERVICES § § § § § § § | CAUSE NO. 1:22-MC-643-LY-SH (CIVIL ACTION 1:22-CV-1028-VEC UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK) |

## O R D E R

Before the Court is Applicant Jennifer E. Johnson's Motion for Admission *Pro Hac Vice* (Dkt. 9), filed July 15, 2022. The District Court referred all matters in this case to the undersigned for resolution or disposition, pursuant to 28 U.S.C. § 636(b)(1)(A) or (b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Dkt. 8.

It is **ORDERED** that Applicant Jennifer E. Johnson's Motion for Admission *Pro Hac Vice* (Dkt. 9) is **GRANTED** and Applicant may appear on behalf of TEXCAZ Transborder. It is **FURTHER ORDERED** that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court. It is **FURTHER ORDERED** that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order. It is **FURTHER ORDERED** that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

**SIGNED** on July 22, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE